**The CREDIT CARD CORPORATION, Appellant,**

v.

**JACKSON COUNTY WATER COMPANY, a Corporation, Respondent.**

**No. WD 32813.**

Missouri Court of Appeals, Western District.

July 27, 1982.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Aug. 31, 1982.

Application to Transfer Denied Oct. 18, 1982.

Haskell Imes, Kansas City, for appellant.

Charles W. Hess, Kansas City, for respondent.

Before NUGENT, P. J., and TURNAGE and LOWENSTEIN, JJ.

## ORDER

**PER CURIAM.**

Appeal from judgment dismissing action against Jackson County Water Company.

Judgment affirmed. Rule 84.16(b).